Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–34744–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jean M Zissler
   272 Newman Street
   Metuchen, NJ 08840

Social Security No.:
   xxx–xx–7970

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/19/17 and a confirmation hearing on such Plan has been scheduled for 8/1/18.

The debtor filed a Modified Plan on 7/12/18 and a confirmation hearing on the Modified Plan is scheduled for 8/15/18. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 12, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-34744-CMG
Jean M Zissler                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Jul 12, 2018
                             Form ID: 186          Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
```
db            +Jean M Zissler,   272 Newman Street,   Metuchen, NJ 08840-2644
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper,   Stern, Lavinthal & Frankenberg, LLC,
               105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
517322874     +Ally Bank,   c/o Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
517219400     +Amex,   9111 Duke Blvd,   Mason, OH 45040-8999
517219399     +Amex,   Correspondence,   Po Box 981540,   ElPaso, TX 79998-1540
517219402     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
517219403     +Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
517219405     +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
517219417     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Childrens Place/Citicorp Credit Services,
               Attn: Citicorp Credit Services,   Po Box 20507,   Kansas City, MO 64195)
517219413     +Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
517219416     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517219415     +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517219418     +Childrens Place/Citicorp Credit Services,   Po Box 6497,   Sioux Falls, SD 57117-6497
517219420     +Citibank/Sears,   Po Box 6283,   Sioux Falls, SD 57117-6283
517219419     +Citibank/Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Bopx 790040,
               Saint Louis, MO 63179-0040
517219422     +Citibank/The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
517219421     +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               S Louis, MO 63179-0040
517219426     +Comenity Bank/Mandees,   401 Hackensack Ave,   Hackensack, NJ 07601-6411
517219429      Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
517219430     +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
517219431     +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
517219439     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   350 Highland Dr,   Lewisville, TX 75067)
517219438     +Nationstar Mortgage LLC,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,
               Coppell, TX 75019-4620
517315012     +Nationstar Mortgage LLC. DBA Mr.Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
517219449     +Navient,   123 S Justison St Ste 30,   Wilmington, DE 19801-5360
517219452     +Navient,   Po Box 3229,   Wilmington, DE 19804-0229
517219460     +Ocwen Loan Servicing,   3451 Hammond Ave,   Waterloo, IA 50702-5345
517219463      Quest Diagnostic, Inc.,   P.O. Box 740698,   Cincinnati, OH 45274-0698
517219462      Quest Diagnostic, Inc.,   P.O. Box 7406985,   Cincinnati, OH 45274-0698
517219464     +Quest Diagnostics,   PO Box 740985,   Cincinnati, OH 45274-0985
517219476     +Target,   Po Box 673,   Minneapolis, MN 55440-0673
517219475     +Target,   C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
517219477      Td Bank N.a.,   Bank Card Center,   Cherry Hill, NJ 08034
517219478      TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
517260837      U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
               Harrisburg, PA 17106-9184
517219483     +WFFNB/Bobs Discount Furniture,   Po Box 10438,   Des Moines, IA 50306-0438
517219484     +WFFNB/Bobs Discount Furniture,   Po Box 94498,   Las Vegas, NV 89193-4498
517219480     +Wells Fargo Bank Card,   Po Box 14517,   Des Moines, IA 50306-3517
517219479     +Wells Fargo Bank Card,   Mac F82535-02f,   Po Box 10438,   Des Moines, IA 50306-0438
517219481     +Wells Fargo Bank Nv Na,   Po Box 31557,   Billings, MT 59107-1557
517285994      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
517247166      Wells Fargo Bank, N.A.,   Home Equity Group,   1 Home Campus X2303-01A,
               Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2018 23:26:01    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2018 23:25:58    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517219398     +E-mail/Text: backoffice@affirm.com Jul 12 2018 23:27:03    Affirm Inc,   633 Folsom St Fl 7,
               San Francisco, CA 94107-3618
517219409      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2018 23:31:20    Capital One,
               15000 Capital One Dr,   Richmond, VA 23238
517219407     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2018 23:30:48    Capital One,
               Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517219411     +E-mail/Text: bkr@cardworks.com Jul 12 2018 23:24:44    Cardworks/CW Nexus,   Attn: Bankruptcy,
               Po Box 9201,   Old Bethpage, NY 11804-9001
517219412     +E-mail/Text: bkr@cardworks.com Jul 12 2018 23:24:44    Cardworks/CW Nexus,   Pob 9201,
               Old Bethpage, NY 11804-9001
517219414     +E-mail/Text: kzoepfel@credit-control.com Jul 12 2018 23:26:03    Central Loan Admin & R,
               425 Phillips Blvd,   Ewing, NJ 08618-1430
517219423     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 23:25:43    Comenity Bank/Lane Bryant,
               Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
```

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Jul 12, 2018
                              Form ID: 186              Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517219424     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 23:25:44       Comenity Bank/Lane Bryant,
               Po Box 182789,   Columbus, OH 43218-2789
517219425     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 23:25:44       Comenity Bank/Mandees,
               Po Box 182125,   Columbus, OH 43218-2125
517219427     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 23:25:44
               Comenity Bank/New York & Co,   Po Box 182125,   Columbus, OH 43218-2125
517219428     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 23:25:44
               Comenity Bank/New York & Co,   220 W Schrock Rd,   Westerville, OH 43081-2873
517219436     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 12 2018 23:25:01       Kohls/Capital One,
               Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
517219437     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 12 2018 23:25:01       Kohls/Capital One,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
517334829      E-mail/Text: bkr@cardworks.com Jul 12 2018 23:24:44       MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517321293     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2018 23:25:57       Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
517219440     +E-mail/PDF: pa_dc_claims@navient.com Jul 12 2018 23:31:29       Navient,   Attn: Claims Dept,
               Po Box 9500,   Wilkes-Barr, PA 18773-9500
517324694      E-mail/PDF: pa_dc_claims@navient.com Jul 12 2018 23:31:29       Navient PC Trust c/o,
               Navient Solutions, LLC,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
517219458     +Fax: 407-737-5634 Jul 13 2018 00:21:41       Ocwen Loan Servicing,   Attn: Research/Bankruptcy,
               1661 Worthington Rd   Ste 100,   West Palm Beach, FL 33409-6493
517219459     +Fax: 407-737-5634 Jul 13 2018 00:21:41       Ocwen Loan Servicing,   Attn: Research Dept,
               1661 Worthington R Ste 100,   West Palm Beach, FL 33409-6493
517335150      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2018 23:31:25
               Portfolio Recovery Associates, LLC,   c/o Ameriprise,   POB 41067,   Norfolk VA 23541
517324641      E-mail/PDF: pa_dc_claims@navient.com Jul 12 2018 23:30:55       SLM Bank c/o,
               Navient Solutions, LLC,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
517280860      E-mail/Text: ebn_bkrt_forms@salliemae.com Jul 12 2018 23:26:40       Sallie Mae,   P.O. Box 3319,
               Wilmington, DE 19804-4319
517219466     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:40       Syncb/Toys 'R' Us,
               Po Box 965005,   Orlando, FL 32896-5005
517219465     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:09       Syncb/Toys 'R' Us,
               Po Box 965064,   Orlando, FL 32896-5064
517219467     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:31:11       Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517219468     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:31:12       Synchrony Bank/ JC Penneys,
               Po Box 965007,   Orlando, FL 32896-5007
517219469     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:09       Synchrony Bank/ Old Navy,
               Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517219470     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:40       Synchrony Bank/ Old Navy,
               Po Box 965005,   Orlando, FL 32896-5005
517219471     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:41       Synchrony Bank/Care Credit,
               Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517219472     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:31:12       Synchrony Bank/Care Credit,
               C/o Po Box 965036,   Orlando, FL 32896-0001
                                                                                      TOTAL: 32


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517219404*    +Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
517219406*    +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
517219410*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
517219408*    +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517219432*    +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
517219433*    +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
517219434*    +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
517219435*    +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
517219455*    +Navient,   Po Box 3229,   Wilmington, DE 19804-0229
517219456*    +Navient,   Po Box 3229,   Wilmington, DE 19804-0229
517219443*    +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes- Barr, PA 18773-9500
517219446*    +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes- Barr, PA 18773-9500
517219447*    +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes- Barr, PA 18773-9500
517219441*    +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
517219442*    +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
517219444*    +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
517219445*    +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
517219448*    +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
517219450*    +Navient,   123 S Justison St Ste 30,   Wilmington, DE 19801-5360
517219451*    +Navient,   123 S Justison St Ste 30,   Wilmington, DE 19801-5360
517219453*    +Navient,   123 S Justison St Ste 30,   Wilmington, DE 19801-5360
517219454*    +Navient,   123 S Justison St Ste 30,   Wilmington, DE 19801-5360
517219457*    +Navient,   123 S Justison St Ste 30,   Wilmington, DE 19801-5360
517219461*    +Ocwen Loan Servicing,   3451 Hammond Ave,   Waterloo, IA 50702-5345
517219473*    +Synchrony Bank/Old Navy,   Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517219474*    +Synchrony Bank/Old Navy,   Po Box 965005,   Orlando, FL 32896-5005
517219482*    +Wells Fargo Bank Nv Na,   Po Box 31557,   Billings, MT 59107-1557
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jul 12, 2018
                             Form ID: 186              Total Noticed: 74
```

517219401      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                         TOTALS: 0, * 27, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ally Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              Justin M Gillman    on behalf of Debtor Jean M Zissler abgillman@optonline.net,
               r47252@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Ally Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                         TOTAL: 8