**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease        0 Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   Jean M Zissler

Case No.:   17-34744
Judge:   Hon. Christine M. Gravelle, USBJ

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

Date:   12/8/2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney   JMG        Initial Debtor:   JMZ        Initial Co-Debtor   _____

1

## Part 1: Payment and Length of Plan

a. The debtor shall pay __1,000.00 Monthly__ to the Chapter 13 Trustee, starting on __January 1, 2018__ for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection      **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **None** | | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- ☑ None
- ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**e. Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Central Loan Admin & R/Ally Bank (Claim No. 11)** | **272 Newman Street Metuchen, NJ 08840  Middlesex County** | 200,000.00 | **0.00 Surrender in full satisfaction pursuant to 11 USC §1325(a)(5)(C)** |
| **Nationstar Mortgage LLC (Claim No. 8)** | **272 Newman Street Metuchen, NJ 08840  Middlesex County** | 200,000.00 | **0.00 Surrender in full satisfaction pursuant to 11 USC §1325(a)(5)(C)** |
| **Wells Fargo Bank Nv Na (Claim No. 1)** | **272 Newman Street Metuchen, NJ 08840  Middlesex County** | 200,000.00 | **0.00 Surrender in full satisfaction pursuant to 11 USC §1325(a)(5)(C)** |
| **Wells Fargo Bank Nv Na (Claim No. 2)** | **272 Newman Street Metuchen, NJ 08840  Middlesex County** | 200,000.00 | **0.00 Surrender in full satisfaction pursuant to 11 USC §1325(a)(5)(C)** |

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

**Part 5:  Unsecured Claims**    ☐ NONE

4

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☑ Not less than __100__ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **U.S. Dept. of Education** (Claim No. 3) | Non-dischargeable educational loan Debtor is co-borrower guarantor only for loan being paid by borrower | Outside Plan - Paid by co-borrower No payment through Plan | 0.00 |
| **Sallie Mae Bank** (Claim No. 4) | Non-dischargeable educational loan Debtor is co-borrower guarantor only for loan being paid by borrower | Outside Plan - Paid by co-borrower No payment through Plan | 0.00 |
| **Sallie Mae Bank** (Claim No. 5) | Non-dischargeable educational loan Debtor is co-borrower guarantor only for loan being paid by borrower | Outside Plan - Paid by co-borrower No payment through Plan | 0.00 |
| **Sallie Mae Bank** (Claim No. 6) | Non-dischargeable educational loan Debtor is co-borrower guarantor only for loan being paid by borrower | Outside Plan - Paid by co-borrower No payment through Plan | 0.00 |
| **SLM Bank** (Claim No. 12) | Non-dischargeable educational loan Debtor is co-borrower guarantor only for loan being paid by borrower | Outside Plan - Paid by co-borrower No payment through Plan | 0.00 |
| **SLM Bank** (Claim No. 13) | Non-dischargeable educational loan Debtor is co-borrower guarantor only for loan being paid by borrower | Outside Plan - Paid by co-borrower No payment through Plan | 0.00 |
| **SLM Bank** (Claim No. 14) | Non-dischargeable educational loan Debtor is co-borrower guarantor only for loan being paid by borrower | Outside Plan - Paid by co-borrower No payment through Plan | 0.00 |
| **SLM Bank** (Claim No. 15) | Non-dischargeable educational loan Debtor is co-borrower guarantor only for loan being paid by borrower | Outside Plan - Paid by co-borrower No payment through Plan | 0.00 |
| **SLM Bank** (Claim No. 16) | Non-dischargeable educational loan Debtor is co-borrower guarantor only for loan being paid by borrower | Outside Plan - Paid by co-borrower No payment through Plan | 0.00 |
| **Navient PC Trust** (Claim No. 17) | Non-dischargeable educational loan Debtor is co-borrower guarantor only for loan being paid by borrower | Outside Plan - Paid by co-borrower No payment through Plan | 0.00 |

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7:  Motions**    **X** NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

**Part 8:  Other Plan Provisions**

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

6

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **12/19/2017**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Based on the filed proofs of claim for mortgages on current residence. Debtor has determined that due to mortgage obligations, retaining property is not feasible.** | **Surrender property at 272 Newman Street, Metchen, NJ 08840 pursuant to 11 USC §1325(a)(5)(C). Modified Plan proposes 100% dividend to general unsecured allowed claims ($32,807.59) and non-dischargeable education loans/claims to be treated outside plan** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    **June 22, 2018**        /s/ Justin M. Gillman, Esq.
                                  **Justin M. Gillman, Esq.**
                                  Attorney for the Debtor
Date:   **June 22, 2018**        /s/ Jean M Zissler
                                  **Jean M Zissler**
                                  Debtor
Date:                             
                                  Joint Debtor

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date    **June 22, 2018**        /s/ Justin M. Gillman, Esq.
                                  **Justin M. Gillman, Esq.**
                                  Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:   **June 22, 2018**        /s/ Jean M Zissler
                                  **Jean M Zissler**
                                  Debtor
Date:

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Joint Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Joint Debtor

Case 17-34744-CMG    Doc 25    Filed 07/15/18    Entered 07/16/18 00:43:16    Desc Imaged
                        Certificate of Notice    Page 9 of 11

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                   Case No. 17-34744-CMG
Jean M Zissler                                                           Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 3                  Date Rcvd: Jul 13, 2018
                               Form ID: pdf901              Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             +Jean M Zissler,   272 Newman Street,   Metuchen, NJ 08840-2644
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,   Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
517322874      +Ally Bank,   c/o Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
517219400      +Amex,   9111 Duke Blvd,   Mason, OH 45040-8999
517219399      +Amex,   Correspondence,   Po Box 981540,   ElPaso, TX 79998-1540
517219402     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   Bank Of America,   Po Box 982238,   El Paso, TX 79998)
517219403      +Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
517219405      +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
517219417     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:   Childrens Place/Citicorp Credit Services,
                Attn: Citicorp Credit Services,   Po Box 20507,   Kansas City, MO 64195)
517219413      +Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
517219416      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517219415      +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517219418      +Childrens Place/Citicorp Credit Services,   Po Box 6497,   Sioux Falls, SD 57117-6497
517219420      +Citibank/Sears,   Po Box 6283,   Sioux Falls, SD 57117-6283
517219419      +Citibank/Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Bopx 790040,
                 Saint Louis, MO 63179-0040
517219422      +Citibank/The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
517219421      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 S Louis, MO 63179-0040
517219426      +Comenity Bank/Mandees,   401 Hackensack Ave,   Hackensack, NJ 07601-6411
517219429       Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
517219430      +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
517219431      +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
517219439     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,   350 Highland Dr,   Lewisville, TX 75067)
517219438      +Nationstar Mortgage LLC,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517315012      +Nationstar Mortgage LLC. DBA Mr.Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
517219449      +Navient,   123 S Justison St Ste 30,   Wilmington, DE 19801-5360
517219452      +Navient,   Po Box 3229,   Wilmington, DE 19804-0229
517219460      +Ocwen Loan Servicing,   3451 Hammond Ave,   Waterloo, IA 50702-5345
517219463       Quest Diagnostic, Inc.,   P.O. Box 740698,   Cincinnati, OH 45274-0698
517219462       Quest Diagnostic, Inc.,   P.O. Box 7406985,   Cincinnati, OH 45274-0698
517219464      +Quest Diagnostics,   PO Box 740985,   Cincinnati, OH 45274-0985
517219476      +Target,   Po Box 673,   Minneapolis, MN 55440-0673
517219475      +Target,   C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
517219477       Td Bank N.a.,   Bank Card Center,   Cherry Hill, NJ 08034
517219478       TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
517260837       U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184
517219483      +WFFNB/Bobs Discount Furniture,   Po Box 10438,   Des Moines, IA 50306-0438
517219484      +WFFNB/Bobs Discount Furniture,   Po Box 94498,   Las Vegas, NV 89193-4498
517219480      +Wells Fargo Bank Card,   Po Box 14517,   Des Moines, IA 50306-3517
517219479      +Wells Fargo Bank Card,   Mac F82535-02f,   Po Box 10438,   Des Moines, IA 50306-0438
517219481      +Wells Fargo Bank Nv Na,   Po Box 31557,   Billings, MT 59107-1557
517285994       Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517247166       Wells Fargo Bank, N.A.,   Home Equity Group,   1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 22:26:36     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 22:26:34     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517219398      +E-mail/Text: backoffice@affirm.com Jul 13 2018 22:27:06     Affirm Inc,   633 Folsom St Fl 7,
                 San Francisco, CA 94107-3618
517219409       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2018 22:23:07     Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238
517219407       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2018 22:22:48     Capital One,
                 Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517219411      +E-mail/Text: bkr@cardworks.com Jul 13 2018 22:26:13     Cardworks/CW Nexus,   Attn: Bankruptcy,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
517219412      +E-mail/Text: bkr@cardworks.com Jul 13 2018 22:26:13     Cardworks/CW Nexus,   Pob 9201,
                 Old Bethpage, NY 11804-9001
517219414      +E-mail/Text: kzoepfel@credit-control.com Jul 13 2018 22:26:37     Central Loan Admin & R,
                 425 Phillips Blvd,   Ewing, NJ 08618-1430
517219423      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 13 2018 22:26:29     Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
```

```
District/off: 0312-3          User: admin                Page 2 of 3                   Date Rcvd: Jul 13, 2018
                              Form ID: pdf901            Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517219424      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 13 2018 22:26:29      Comenity Bank/Lane Bryant,
                 Po Box 182789,    Columbus, OH 43218-2789
517219425      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 13 2018 22:26:29      Comenity Bank/Mandees,
                 Po Box 182125,    Columbus, OH 43218-2125
517219427      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 13 2018 22:26:29
                 Comenity Bank/New York & Co,    Po Box 182125,    Columbus, OH 43218-2125
517219428      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 13 2018 22:26:29
                 Comenity Bank/New York & Co,    220 W Schrock Rd,    Westerville, OH 43081-2873
517219436      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 13 2018 22:26:18      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517219437      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 13 2018 22:26:18      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517334829       E-mail/Text: bkr@cardworks.com Jul 13 2018 22:26:13      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517321293      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 13 2018 22:26:34      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517219440      +E-mail/PDF: pa_dc_claims@navient.com Jul 13 2018 22:22:49      Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
517324694       E-mail/PDF: pa_dc_claims@navient.com Jul 13 2018 22:23:08      Navient PC Trust c/o,
                 Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
517219458      +Fax: 407-737-5634 Jul 13 2018 22:53:02      Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
517219459      +Fax: 407-737-5634 Jul 13 2018 22:53:02      Ocwen Loan Servicing,    Attn: Research Dept,
                 1661 Worthington R Ste 100,    West Palm Beach, FL 33409-6493
517335150       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2018 22:22:57
                 Portfolio Recovery Associates, LLC,    c/o Ameriprise,    POB 41067,    Norfolk VA 23541
517324641       E-mail/PDF: pa_dc_claims@navient.com Jul 13 2018 22:22:49      SLM Bank c/o,
                 Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
517280860       E-mail/Text: ebn_bkrt_forms@salliemae.com Jul 13 2018 22:26:54      Sallie Mae,    P.O. Box 3319,
                 Wilmington, DE 19804-4319
517219466      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 22:22:48      Syncb/Toys 'R' Us,
                 Po Box 965005,    Orlando, FL 32896-5005
517219465      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 22:22:57      Syncb/Toys 'R' Us,
                 Po Box 965064,    Orlando, FL 32896-5064
517219467      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 22:22:48      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517219468      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 22:23:06      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
517219469      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 22:23:06      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517219470      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 22:22:57      Synchrony Bank/ Old Navy,
                 Po Box 965005,    Orlando, FL 32896-5005
517219471      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 22:23:06      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517219472      +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 22:23:07      Synchrony Bank/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                              TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517219404*     +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517219406*     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517219410*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517219408*     +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517219432*     +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
517219433*     +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
517219434*     +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
517219435*     +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
517219455*     +Navient,    Po Box 3229,    Wilmington, DE 19804-0229
517219456*     +Navient,    Po Box 3229,    Wilmington, DE 19804-0229
517219443*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
517219446*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
517219447*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
517219441*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517219442*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517219444*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517219445*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517219448*     +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517219450*     +Navient,    123 S Justison St Ste 30,    Wilmington, DE 19801-5360
517219451*     +Navient,    123 S Justison St Ste 30,    Wilmington, DE 19801-5360
517219453*     +Navient,    123 S Justison St Ste 30,    Wilmington, DE 19801-5360
517219454*     +Navient,    123 S Justison St Ste 30,    Wilmington, DE 19801-5360
517219457*     +Navient,    123 S Justison St Ste 30,    Wilmington, DE 19801-5360
517219461*     +Ocwen Loan Servicing,    3451 Hammond Ave,    Waterloo, IA 50702-5345
517219473*     +Synchrony Bank/Old Navy,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517219474*     +Synchrony Bank/Old Navy,    Po Box 965005,    Orlando, FL 32896-5005
517219482*     +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
```

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Jul 13, 2018
                              Form ID: pdf901          Total Noticed: 74

517219401     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                    TOTALS: 0, * 27, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Ally Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              Justin M Gillman     on behalf of Debtor Jean M Zissler abgillman@optonline.net,
               r47252@notify.bestcase.com
              Rebecca Ann Solarz     on behalf of Creditor    Ally Bank rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III     on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 8
```