| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Telecopier Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>By: Jeanette F. Frankenberg, Esq. | **Order Filed on September 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>      Jean M Zissler<br><br><br>            Debtor(s) | Case No.17-34744-CMG<br>Chapter:13<br>Hearing Date: September 19, 2018<br>Judge: Christine M. Gravelle |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: September 19, 2018**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

-13-

(Page 2)
Debtor: Jean M Zissler
Case No.: 17-34744-CMG
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **272 Newman Street, Metuchen, NJ  08840**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

**201703522**