| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GILLMAN, BRUTON & CAPONE, LLC**<br>770 Amboy Avenue<br>Edison, NJ 08837<br>(732) 661-1664<br>Attorney for Debtors<br>JUSTIN M. GILLMAN<br><br>In Re:<br><br>Jean M. Zissler | Order Filed on April 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:   17-34744-CMG<br><br>Chapter:    13<br><br>Judge:    Christine M. Gravelle |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 15, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Justin Gillman_____, the applicant, is allowed a fee of $_____925.00_____for services rendered and expenses in the amount of $_____0_____for a total of $_____925.00_____. The allowance is payable:

    ☒  $___925.00_____ through the Chapter 13 plan as an administrative priority.

    ☒  $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____per month for ___n/a____months to allow for payment of the above fee.

*rev.8/1/15*

4817-6604-5369, v. 1