**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jean M Zissler | Social Security number or ITIN   xxx–xx–7970 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–34744–CMG | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jean M Zissler

7/6/21

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Jean M Zissler  
      Debtor

Case No. 17-34744-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Jul 06, 2021      Form ID: 3180W      Total Noticed: 75

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean M Zissler, 151 Woodland Ave, Fords, NJ 08863-1738 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517322874 | + | Ally Bank, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 517219400 | + | Amex, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 517219429 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517219430 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517219431 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 517219439 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067 |
| 517219438 | + | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517315012 | + | Nationstar Mortgage LLC. DBA Mr.Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517219452 | + | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 517219458 | + | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 517219459 | + | Ocwen Loan Servicing, Attn: Research Dept, 1661 Worthington R Ste 100, West Palm Beach, FL 33409-6493 |
| 517219460 | + | Ocwen Loan Servicing, 3451 Hammond Ave, Waterloo, IA 50702-5345 |
| 517219463 | | Quest Diagnostic, Inc., P.O. Box 740698, Cincinnati, OH 45274-0698 |
| 517219462 | | Quest Diagnostic, Inc., P.O. Box 7406985, Cincinnati, OH 45274-0698 |
| 517219464 | + | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 517219477 | | Td Bank N.a., Bank Card Center, Cherry Hill, NJ 08034 |
| 517219478 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517260837 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2021 22:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2021 22:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517219398 | + | Email/Text: backoffice@affirm.com | Jul 06 2021 22:20:00 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 517219399 | + | EDI: AMEREXPR.COM | Jul 07 2021 02:13:00 | Amex, Correspondence, Po Box 981540, ElPaso, TX 79998-1540 |
| 517219402 | | EDI: BANKAMER.COM | Jul 07 2021 02:13:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517219401 | + | EDI: BANKAMER.COM | Jul 07 2021 02:13:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517219405 | + | EDI: TSYS2.COM | Jul 07 2021 02:13:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |

Case 17-34744-CMG    Doc 48    Filed 07/08/21    Entered 07/09/21 00:17:49    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jul 06, 2021 | Form ID: 3180W | Total Noticed: 75 |

| | | | | |
| --- | --- | --- | --- | --- |
| 517219403 | + | EDI: TSYS2.COM | Jul 07 2021 02:13:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517219409 | | EDI: CAPITALONE.COM | Jul 07 2021 02:13:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517219417 | | EDI: CITICORP.COM | Jul 07 2021 02:13:00 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 517219407 | + | EDI: CAPITALONE.COM | Jul 07 2021 02:13:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517219412 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 06 2021 22:28:17 | Cardworks/CW Nexus, Pob 9201, Old Bethpage, NY 11804-9001 |
| 517219411 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 06 2021 22:28:12 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517219413 | + | EDI: CITICORP.COM | Jul 07 2021 02:13:00 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517219414 | + | Email/Text: clientservices@credit-control.com | Jul 06 2021 22:20:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517219418 | + | EDI: CITICORP.COM | Jul 07 2021 02:13:00 | Childrens Place/Citicorp Credit Services, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517219420 | + | EDI: CITICORP.COM | Jul 07 2021 02:13:00 | Citibank/Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 517219419 | + | EDI: CITICORP.COM | Jul 07 2021 02:13:00 | Citibank/Sears, Citicorp Credit Services/Attn: Centraliz, Po Bopx 790040, Saint Louis, MO 63179-0040 |
| 517219422 | + | EDI: CITICORP.COM | Jul 07 2021 02:13:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517219421 | + | EDI: CITICORP.COM | Jul 07 2021 02:13:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517219423 | + | EDI: WFNNB.COM | Jul 07 2021 02:13:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517219424 | + | EDI: WFNNB.COM | Jul 07 2021 02:13:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 517219425 | + | EDI: WFNNB.COM | Jul 07 2021 02:13:00 | Comenity Bank/Mandees, Po Box 182125, Columbus, OH 43218-2125 |
| 517219426 | + | EDI: WFNNB.COM | Jul 07 2021 02:13:00 | Comenity Bank/Mandees, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 517219427 | + | EDI: WFNNB.COM | Jul 07 2021 02:13:00 | Comenity Bank/New York & Co, Po Box 182125, Columbus, OH 43218-2125 |
| 517219428 | + | EDI: WFNNB.COM | Jul 07 2021 02:13:00 | Comenity Bank/New York & Co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 517219415 | | EDI: JPMORGANCHASE | Jul 07 2021 02:13:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517219416 | | EDI: JPMORGANCHASE | Jul 07 2021 02:13:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517219437 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 06 2021 22:19:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517219436 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 06 2021 22:19:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517334829 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2021 11:35:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517321293 | + | EDI: MID8.COM | | |

Case 17-34744-CMG    Doc 48    Filed 07/08/21    Entered 07/09/21 00:17:49    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Jul 06, 2021 | Form ID: 3180W | Total Noticed: 75 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Jul 07 2021 02:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517219449 | + | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Jul 07 2021 02:13:00 | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 517219440 | + | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Jul 07 2021 02:13:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517324694 | | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Jul 07 2021 02:13:00 | Navient PC Trust c/o, Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517335150 | | EDI: PRA.COM | | |
| | | | Jul 07 2021 02:13:00 | Portfolio Recovery Associates, LLC, c/o Ameriprise, POB 41067, Norfolk VA 23541 |
| 517324641 | | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Jul 07 2021 02:13:00 | SLM Bank c/o, Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517280860 | | EDI: SALLIEMAEBANK.COM | | |
| | | | Jul 07 2021 02:13:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 517219465 | + | EDI: RMSC.COM | | |
| | | | Jul 07 2021 02:13:00 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 517219466 | + | EDI: RMSC.COM | | |
| | | | Jul 07 2021 02:13:00 | Syncb/Toys 'R' Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517219467 | + | EDI: RMSC.COM | | |
| | | | Jul 07 2021 02:13:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517219468 | + | EDI: RMSC.COM | | |
| | | | Jul 07 2021 02:13:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517219469 | + | EDI: RMSC.COM | | |
| | | | Jul 07 2021 02:13:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517219470 | + | EDI: RMSC.COM | | |
| | | | Jul 07 2021 02:13:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517219471 | + | EDI: RMSC.COM | | |
| | | | Jul 07 2021 02:13:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517219472 | + | EDI: RMSC.COM | | |
| | | | Jul 07 2021 02:13:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517219476 | + | EDI: WTRRNBANK.COM | | |
| | | | Jul 07 2021 02:13:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517219475 | + | EDI: WTRRNBANK.COM | | |
| | | | Jul 07 2021 02:13:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517219483 | + | EDI: WFFC.COM | | |
| | | | Jul 07 2021 02:13:00 | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 517219484 | + | EDI: WFFC.COM | | |
| | | | Jul 07 2021 02:13:00 | WFFNB/Bobs Discount Furniture, Po Box 94498, Las Vegas, NV 89193-4498 |
| 517219479 | + | EDI: WFFC.COM | | |
| | | | Jul 07 2021 02:13:00 | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 517219480 | + | EDI: WFFC.COM | | |
| | | | Jul 07 2021 02:13:00 | Wells Fargo Bank Card, Po Box 14517, Des Moines, IA 50306-3517 |
| 517219481 | + | EDI: WFFC.COM | | |
| | | | Jul 07 2021 02:13:00 | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 517247166 | | EDI: WFFC.COM | | |
| | | | Jul 07 2021 02:13:00 | Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 517285994 | | EDI: WFFC.COM | | |
| | | | Jul 07 2021 02:13:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 55

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 06, 2021 | Form ID: 3180W | Total Noticed: 75 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517219406 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517219404 | *+ | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517219410 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517219408 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517219432 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 517219433 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 517219434 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 517219435 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 517219450 | *+ | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 517219451 | *+ | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 517219453 | *+ | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 517219454 | *+ | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 517219457 | *+ | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 517219455 | *+ | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 517219456 | *+ | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 517219443 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes- Barr, PA 18773-9500 |
| 517219446 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes- Barr, PA 18773-9500 |
| 517219447 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes- Barr, PA 18773-9500 |
| 517219441 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517219442 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517219444 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517219445 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517219448 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 518200512 | * | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517219461 | *+ | Ocwen Loan Servicing, 3451 Hammond Ave, Waterloo, IA 50702-5345 |
| 518200556 | * | SLM BANK c/o, Navient Solutions, LLC.., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517219473 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517219474 | *+ | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517219482 | *+ | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |

TOTAL: 0 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2021                                   Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Ally Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jul 06, 2021 | Form ID: 3180W | Total Noticed: 75 |

Jeanette F. Frankenberg
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cmecf@sternlav.com

Justin M Gillman
    on behalf of Debtor Jean M Zissler ecf@gbclawgroup.com
    R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Ally Bank rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 8