Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                Case No.:  17–34744–CMG
                                Chapter:  13
                                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jean M Zissler
  151 Woodland Ave
  Fords, NJ 08863

Social Security No.:
  xxx–xx–7970

Employer's Tax I.D. No.:

---

# FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 19, 2021</u>                      <u>Christine M. Gravelle</u>
                                                      Judge, United States Bankruptcy Court